UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | |
| ) | Case No. CR02-00321 RSM |
| Plaintiff,        ) | |
| ) | |
| v.        ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| KRISTOPHER PHILIP DILLARD,        ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant.        ) | |
| _____        ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on December 10, 2007. The United States was represented by Assistant United States Attorney Roger Rogoff, and the defendant by Jay Stansell.

The defendant had been charged and convicted of Bank Robbery in violation of 18 U.S.C. § 2113(a). On or about December 19, 2002, defendant was sentenced by the Honorable Barbara J. Rothstein to a term of 63 months in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participating in a substance-abuse treatment program, financial disclosure, restitution in the amount of $2,140, mental health, search, single checking account; disclosure of business documents; disclosure of all assets and liabilities; and no new credit.

In a Petition for Warrant or Summons, dated November 21, 2007, U.S. Probation Officer

Michael S. Larsen asserted the following violations by defendant of the conditions of his supervised release:

(1)     Committing the crime of Theft in the third degree, a violation of RCW9A.56.050, on or about November 9, 2007, a violation of the general condition that he violate no federal, state, or local laws.

(2)     Ingesting alcohol, on or about November 9, 2007, in violation of the special condition that he abstain from the use of alcohol and all other intoxicants during the term of supervision.

The defendant was advised of his rights, acknowledged those rights, and admitted to the two alleged violations.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Ricardo S. Martinez on December 21, 2007, at 11:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 10th day of December, 2007.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:     District Judge:             Honorable Ricardo S. Martinez
        AUSA:                       Mr. Roger Rogoff
        Defendant's attorney:       Mr. Jay Stansell
        Probation officer:          Mr. Michael S. Larsen